**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No.: 18-CR-03052-01-S-MDH** |
| **STEVEN S. PRICE,** | |
| **Defendant.** | |

---

### *MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

---

**COMES NOW**, the United States of America, by the undersigned Assistant United States Attorney for the Western District of Missouri, and respectfully requests a Writ of Habeas Corpus Ad Prosequendum.

Defendant, Steven S. Price (Missouri DOC # 1239684), is currently incarcerated at the Missouri Department of Corrections – Western Missouri Correctional Center, 609 East Pence Road, Cameron, Missouri 64429.

Respectfully submitted,

Timothy A. Garrison
United States Attorney

By:   /s/ *Abram McGull II*
Abram McGull II
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri   65806-2511
(417) 831-4406

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on May 4, 2018, to the CM/ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

           */s/   Abram McGull II*
Abram McGull II
Assistant United States Attorney