IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     **Plaintiff,**<br><br>   v.<br><br>STEVEN S. PRICE,<br><br>                     **Defendant.** | Case No.: 18-CR-03052-01-S-MDH |

## *ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

Upon application by the United States of America, it is hereby

**ORDERED** that the Clerk shall issue a writ of habeas corpus ad prosequendum directed to the Warden, Missouri Department of Corrections – Western Missouri Correctional Center, 609 East Pence Road, Cameron, Missouri 64429, and to the United States Marshal for the Western District of Missouri, or any other authorized officer, to produce one Steven S. Price (Missouri DOC # 1239684), now confined at the aforementioned facility, in the custody of the person there in charge, before the United States Magistrate Judge at Springfield, Missouri, forthwith, or at any time thereafter as the Court may direct, so that said person may appear in accordance with the law in the above-entitled cause; and, after said person shall have so appeared, to return said person to the aforementioned custody as may be directed by this Court.

Dated this 4th day of May, 2018.

                                                      */s/ David P. Rush*
                                                      **DAVID P. RUSH**
                                                      **United States Magistrate Judge**